Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed June 18, 1921.

S. T. Lawton, for appellant. Richard J. Cooney and John A. Verhoeven, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**City of Chicago, appellee, v. Carl Benson, appellant. Gen. No. 25,713.**

Conviction for violation of a city ordinance. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Ellis & Westbrook, for appellant. Harry B. Miller and Daniel Webster, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**City of Chicago, appellee, v. James Benson, appellant. Gen. No. 25,714.**

Conviction for violation of a city ordinance. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Ellis & Westbrook, for appellant. Harry B. Miller and Daniel Webster, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Eugene Finan, by Michael J. Finan, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,727.**

Suit for personal injuries to a boy who was struck by a street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Thomson, J., dissenting. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

Charles LeRoy Brown, for appellants; John R. Guilliams and Joseph D. Ryan, of counsel. Finn & Miller, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Durand & Kasper Company, appellee, v. Anton Woolbeck and Bronislawa Woolbeck, appellants. Gen. No. 25,736.**

Suit upon a fidelity bond and for foreclosure of a trust deed given as security. Finding for plaintiff for the penalty of the bond and decree for sale of the property covered by the trust deed unless payment made within thirty days. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Decree modified and affirmed. Opinion filed June 18, 1921. Rehearing denied July 1, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Daniel Riley McMaster, for appellants. Frederick J. Kasper, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.